# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U S MINE CORP, a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC, a Delaware limited liability company registered to do business in the State of Nevada; DOES 1-10,<br><br>Defendants. | Case No. 3:23-cv-00136-LRH-CLB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC, a limited liability company,<br><br>Counterclaimant,<br>v.<br><br>U S MINE CORP, a Nevada corporation, DOES 1-10<br><br>Counter-Defendants, | |

Defendant and Counterclaimant Cemex Construction Materials Pacific, LLC and Plaintiff and Counter-Defendant U S Mine Corp., by and through their undersigned counsel of record, stipulate and agree to dismiss this case in its entirety with prejudice.

/ / /

/ / /

/ / /

1    Each party will bear its own fees and costs.

2

3  **APPROVED AS TO FORM AND CONTENT.**

4    DATED: May 5, 2023                                      DATED: May 5, 2023

5    SNELL & WILMER L.L.P.                                  GUNDERSON LAW FIRM

6

7    By: /s/ *Sarah B. Lee*                                 By: /s/ *Courtney G. Sweet*
        Janine C. Prupas, Esq.                                 Courtney G. Sweet, Esq.
8       Sarah B. Lee, Esq.                                     3895 Warren Way
        50 West Liberty Street, Suite 510                      Reno, NV 89509
9       Reno, Nevada 89501

10      *Attorneys for Defendant Cemex*                        *Attorney for Plaintiff U S Mine Corp.*
        *Construction Materials Pacific, LLC*
11

12

13

14

15                                          **ORDER**

16    IT IS HEREBY ORDERED that pursuant to the Stipulation for Dismissal this action is

17  dismissed with prejudice.

18    IT IS FURTHER ORDERED that the Clerk of the Court enter final judgment accordingly,

19  dismiss the action, and close the case.

20    IT IS SO ORDERED.

21    DATED this 8th day of May, 2023.

                                                            _____
22                                                          LARRY R. HICKS
                                                            UNITED STATES DISTRICT JUDGE